# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
# CHAPTER 13 PLAN

Debtor(s) THOMAS AND CHRISTINE KEETING    Case No:

[_____ Amended (if applicable)] Chapter 13 Plan]

**1.     MONTHLY PLAN PAYMENTS:** Including Trustee's fee of 7-10% and beginning thirty (30) days from filing/conversion date. Debtor[1] to pay to the Trustee the following amounts over a period not to exceed 60 months:

A.    $1306 for months 1 to 60; in order to pay the following creditors:

**2.     ADMINISTRATIVE**

**A.     Trustee Fees:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee. $5469= $ 91/ month

**B.     Attorney's Fee:  $3500 TOTAL PAID $1031 Balance due $2469** Payable Through Plan $41.15 Monthly

**3.     PRIORITY CLAIMS: [as defined in 11 U.S.C. §507]**

Name of Creditor                                                                Total Claim
N/A

**4.     SECURED CLAIMS:**

(A)    **Pre- Confirmation Adequate Protection Payments:** No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to §1326(a)(1)(C). If the Debtor makes such adequate protection payments on allowed secured claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

Name of Creditor     Collateral              Adequate Protection Payment in Plan
N/A

(B)    **Claims Secured by Real Property Which Debtor Intends to Retain/Mortgage Payments Paid Through the Plan:** Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Security | Collateral | Estimated Payment |
|---|---|---|---|
| N/A | | | |

**(C) Claims Secured by Real Property Which Debtor Intends to Retain/Arrearages Paid Through the Plan:** In addition to the provisions in Paragraph (A) above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

| Name of Creditor | Security | Collateral | Arrearages |
|---|---|---|---|
| N/A | | | |

**(D) Claims secured by Real Property to which Section 506 Valuation is Applicable:**

| Name of Creditor | Collateral | Ad. Prot. Pmt. | Sec. Balance | Interest Rate % |
|---|---|---|---|---|
| N/A | | | | |

**(E) Claims Secured by Personal Property To Which Section 506 Valuation is NOT Applicable Secured Balances:** Upon confirmation of the Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

| Name of Creditor | Collateral | Ad. Prot. Pmt. | Sec. Balance | Interest Rate % |
|---|---|---|---|---|
| N/A | | | | |

**(F) Claims Secured by Personal Property To Which Section 506 Valuation is Applicable:**

| Name of Creditor | Collateral | Ad. Prot. Pmt. In Plan | Value | Interest Rate % |
|---|---|---|---|---|
| YAMAHA/ GEMB | 2005 SUZUKI | $42.60 | $2045 | @ 5% = $2556 |
| HSBC/ SUZUKI | 2007 SUZUKI | $48.43 | $2325 | @ 5% = $2906.25 |

**(G) Claims Secured by Personal Property: Regular Adequate Protection Payments and any Arrearages Paid in Plan:**

| Name of Creditor | Collateral | Ad. Prot. Pmt. In Plan | Arrearages |
|---|---|---|---|
| N/A | | | |

**(H) Secured Claim/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any codebtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
|---|---|
| CHASE (1ST MTG) | HOMESTEAD |
| VILLA ROSA MASTER ASSOCIATION | HOMESTEAD |

**(I)  Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay is terminated *in rem* as to these creditors/lessors upon the filing of this Plan. Nothing herein is intended to lift any applicable codebtor stay or to abrogate Debtor's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
|---|---|
| N/A | |

### 5. SECURED – LIENS TO BE AVOIDED/STRIPPED:

| Name of Creditor | Collateral | Estimated Amount |
|---|---|---|
| CHASE | HOMESTEAD | $31,235.00 |

### 6. LEASE/EXECUTORY CONTRACTS:

| Name of Creditor | Property | Assume/Reject and Surrender | Estimated Arrears |
|---|---|---|---|
| N/A | | | |

**7.  UNSECURED CREDITORS:** Unsecured creditors with allowed claims shall received a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provision of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $ 65,000 = $1083.33 /MONTH

### 8. OTHER PROVISIONS:

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liends securing such claims;
2. Payments made to any creditor shall be the amount allowed in a proof of claim filed by the creditor or other amount as may be allowed by a specific Order of the Bankruptcy Court.
3. Property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court deems otherwise;
4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

I, Thomas and Christine Keeting, hereby declare under the penalties of perjury that I have read the foregoing that have been checked above, and the contents contained therein are true and correct to the best of my personal knowledge.

/s/ Thomas Keeting           Dated: 2/16/11
Thomas Keeting
Debtor

/s/ Christine Keeting  Dated: 2/16/11
Christine Keeting
Co-Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February, 2011, a true and correct copy of the foregoing has been furnished by the undersigned to any Affected Parties listed below and to all interested parties listed in the attached Creditors Matrix.

By: / S / Scott Stamatakis
Scott D. Stamatakis, Esq.
Florida Bar No.: 178454
STAMATAKIS & THALJI, P.L.
13902 N. Dale Mabry Highway, Suite 300
Tampa, Florida 33618
(813) 282-9330 (telephone)
(813) 282-8648 (facsimile)
Trial Attorney for Debtor

Copies provided to Affected Parties:

Thomas Keeting
19508 Morden Blush Dr.
Lutz, FL 33558

Christine Keeting
19508 Morden Blush Dr.
Lutz, FL 33558

```
Label Matrix for local noticing          United States Bankruptcy Court           ABN AMRO MORTGAGE GROU
113A-8                                   Sam M. Gibbons United States Courthouse  PO BOX 9438
Case 8:11-bk-02587                       801 North Florida Avenue, Suite 555      GAITHERSBURG, MD 20898-9438
Middle District of Florida               Tampa, FL 33602-3860
Tampa
Wed Feb 16 09:20:41 EST 2011

BANK OF AMERICA                          BANK OF AMERICA                          BK OF AMER
PO BOX 1598                              PO BOX 17054                             PO BOX 17054
NORFOLK, VA 23501-1598                   WILMINGTON, DE 19850-7054                WILMINGTON, DE 19850-7054


BP/CBSD                                  CAP ONE                                  CHASE
PO BOX 6497                              PO BOX 85520                             10790 RANCHO BERNARDO RD
SIOUX FALLS, SD 57117-6497               RICHMOND, VA 23285-5520                  SAN DIEGO, CA 92127-5705


CHASE                                    CHASE                                    CHASE BANK USA, NA
PO BOX 15298                             PO BOX 901039                            PO BOX 15298
WILMINGTON, DE 19850-5298                FORT WORTH, TX 76101-2039                WILMINGTON, DE 19850-5298


CHASE MANHATTAN MTGE                     (p)CHRYSLER FINANCIAL                    CITI
3415 VISION DR                           27777 INKSTER RD                         PO BOX 6241
COLUMBUS, OH 43219-6009                  FARMINGTON HILLS MI 48334-5326           SIOUX FALLS, SD 57117-6241


CITI                                     CITI CTB                                 DISCOVER FIN SVCS LLC
PO BOX 6497                              PO BOX 22066                             PO BOX 15316
SIOUX FALLS, SD 57117-6497               TEMPE, AZ 85285-2066                     WILMINGTON, DE 19850-5316


Department of Revenue                    FASHION BUG/SOANB                        (p)FINANCIAL CREDIT SERVICES
PO Box 6668                              1103 ALLEN DR                            PO BOX 90
Tallahassee, FL 32314-6668               MILFORD, OH 45150-8763                   CLEARWATER FL 33757-0090


FNB OMAHA                                GEMB/JCP                                 GEMB/LUNDSTROM
PO BOX 3412                              PO BOX 984100                            PO BOX 981439
OMAHA, NE 68103-0412                     EL PASO, TX 79998-4100                   EL PASO, TX 79998-1439


GMAC MORTGAGE                            GROW FINANCIAL FCU                       HAVERTYS FURNITURE CO
3451 HAMMOND AVE                         9927 DELANEY LAKE DR                     PO BOX 5787
WATERLOO, IA 50702-5300                  TAMPA, FL 33619-5071                     CHATTANOOGA, TN 37406-0787


(p)HSBC BANK                             HSBC/RS                                  HSBC/SUZKI
ATTN BANKRUPTCY DEPARTMENT               90 CHRISTIANA RD                         PO BOX 703
PO BOX 5213                              NEW CASTLE, DE 19720-3118                WOOD DALE, IL 60191-0703
CAROL STREAM IL 60197-5213
```

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | MCYDSNB<br>9111 DUKE BLVD<br>MASON, OH 45040-8999 | MITSUBISHI MOTOR CREDI<br>PO BOX 6014<br>CYPRESS, CA 90630-0014 |
| Office of US Attorney<br>Attn Civil Process Clerk1<br>400 North Tampa St Suite 3200<br>Tampa, FL 33602-4774 | RADIO/CBSD<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 | RSHK/CBSD<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 |
| SEARS/CBSD<br>PO BOX 6189<br>SIOUX FALLS, SD 57117-6189 | THD/CBSD<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 | THE HUNTINGTON NATL BA<br>7450 HUNTINGTON PRK DR H<br>COLUMBUS, OH 43235-5740 |
| UNIVERSITY COMMUNITY CARROLLWOOD<br>PO BOX 4912<br>TRENTON, NJ 08650-4912 | USF FED CREDIT UNION<br>13302 N USF PALM DR<br>TAMPA, FL 33612-9602 | Villa Rosa Master Assn.<br>Greenacre Properties<br>4131 Gunn Hwy.<br>Tampa, FL 33618-8725 |
| WELLS FARGO HM MORTGAG<br>8480 STAGECOACH CIR<br>FREDERICK, MD 21701-4747 | WFNNB/MEDCHOICE<br>PO BOX 29239<br>SHAWNEE MISSION, KS 66201-9239 | YAMAHA/GEMB<br>PO BOX 6153<br>RAPID CITY, SD 57709-6153 |
| Christine Keeting<br>19508 Morden Blush Dr<br>Lutz, FL 33558-9083 | Scott D Stamatakis<br>Stamatakis & Thalji, PL<br>13904 N. Dale Mabry Highway, Suite 301<br>Tampa, FL 33618-2446 | Thomas Ward Keeting<br>19508 Morden Blush Dr<br>Lutz, FL 33558-9083 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CHRYSLER FINANCIAL<br>10300 BOGGY CREEK RD # 1<br>ORLANDO, FL 32824 | (d)CHRYSLER FINANCIAL<br>5225 CROOKS RD STE 140<br>TROY, MI 48098 | FINANCIAL CREDIT SERVICES<br>PO BOX 90<br>CLEARWATER, FL 33757 |
| HSBC/BSBUY<br>PO BOX 15519<br>WILMINGTON, DE 19850 | End of Label Matrix<br>Mailable recipients 47<br>Bypassed recipients 0<br>Total 47 | |